# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 DEC 15 AM 8: 45

CLERK_____
SO. DIST. OF GA.

United States of America )
v. )
Marcus Hopkins ) Case No: 4:08CR00020-1
)
) USM No: 13477-021
)
Date of Original Judgment: October 8, 2008 )
Date of Previous Amended Judgment: _____ ) Dianne Morrell McLeod
*(Use Date of Last Amended Judgment if Any)*  Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **months is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated October 8, 2008, shall remain in effect.
**IT IS SO ORDERED.**
Order Date: Dec. 14th 2015

_____
Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date: _____
*(if different from order date)*  *Printed name and title*